UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| KARA W. WELDON-DIECKOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:20-CV-96-PPS-JEM |
| ) | |
| VANGUARD NATIONAL TRAILER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

The Parties' Join Stipulation of Dismissal with Prejudice [DE 19] is **GRANTED**.

This action is **DISMISSED WITH PREJUDICE**. Each party to bear its own fees and costs. The Clerk is directed to close this case.

**SO ORDERED on June 14, 2021.**

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT